IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAWN TRAPP,

    Plaintiff,

vs.                                CASE NO.: 4:07cv297-SPM/WCS

ENTERPRISE LEASING COMPANY–
SOUTH CENTRAL, INC. d/b/a
ENTERPRISE RENT-A-CAR,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, in accordance with Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 16th day of April, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge